# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



HECTOR ESCUDERO APONTE

    VS.

UNITED STATES OF AMERICA

CIVIL NO. 97-1447 (JAF)

## DESCRIPTION OF MOTION

**DATE FILED:** 04/28/00  **DOCKET #:** 15  **TITLE:** MOTION by Hector Escudero-Aponte |to Substitute Attorney AFPD, Edgardo Rodriguez-Quilichini for Joseph Laws|

[X] Plaintiff(s)
[ ] Defendant(s)

## O-R-D-E-R

[X] GRANTED.

[ ] DENIED.

[ ] MOOT.

[X] NOTED.

**OTHER:**

_____

5/9/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE