# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Hector Escudero Aponte

v.

United States of America

CIVIL CASE: 97-1447 (JAF)

---

### DESCRIPTION OF MOTION

| Date: 10/30/02 | Docket #: 23 | SUPPLEMENTAL MOTION by Hector Escudero-Aponte \|for Reconsideration of [17-1] opinion order\| and \|to Correct docket entry #22\| referring to: [22-1] motion for Reconsideration of [17-1] opinion order denying certificate of appealability |
|---|---|---|
| By: Plaintiff | | |

### O-R-D-E-R

☐ GRANTED

☐ DENIED

☐ NOTED

☐ MOOT

OTHER: The Clerk will first correct the docket entry. Otherwise, the request is denied.

11/5/02
Date

Jose A. Fuste
United States District Judge