IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Hector Escudero Aponte
*Plaintiff,*

v.                                          CIVIL NO: 97-1447 (JAF)

UNITED STATES OF AMERICA,
*Defendant*

---

### NOTICE OF APPEAL

TO THE HONORABLE COURT:

Notice is hereby given by Mr. Hector Escudero Aponte, the plaintiff herein, that he respectfully appeals to the United States Court of Appeals for the First Circuit from the Order entered on docket November 6, 2002, denying plaintiff's Motion for Reconsideration of Order under F.R.C.P. 60(b)(6) by the Hon. Jose A. Fuste, United States District Judge for the District Court of Puerto Rico.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 20TH day of November, 2002.

JOSEPH C. LAWS, JR.
Federal Public Defender
District of Puerto Rico
USDC-PR 206903 / 216108
241 Franklin D. Roosevelt Avenue
San Juan, Puerto Rico 00918-2441
Tel (787) 281-4922 /Fax (787) 281-4899

NOTICE OF APPEAL  
CIVIL NO.: 97-1447 (JAF)                      PAGE 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing Notice of Appeal has been served on counsel for the government, U.S. Attorney H.S. García by delivering it to the U.S. Attorney's Office at Torre Chardon, Suite 1201, 350 Carlos Chardon Ave., San Juan, Puerto Rico 00918.

                                     JOSEPH C. LAWS, JR.  
                                     Federal Public Defender  
                                     District of Puerto Rico  
USDC-PR 206903 / 216108  
241 Franklin D. Roosevelt Avenue  
San Juan, Puerto Rico 00918-2441  
Tel (787) 281-4922 /Fax (787) 281-4899