## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



<u>HECTOR ESCUDERO-APONTE</u>

VS.   CIVIL NO. __97-1447__ (JAF)

<u>UNITED STATES OF AMERICA</u>

| DESCRIPTION OF MOTION ||
|---|---|
| DATE FILED: 9/29/99 DOCKET: 13 <br> [ ] Plaintiff(s) [X] Defendant(s) | TITLE: MOTION REQUESTING ISSUANCE OF CERTIFICATE OF APPEALABILITY. |

### O-R-D-E-R

__ GRANTED.

_X_ DENIED.

__ MOOT.

__ NOTED.

**OTHER:** FOR THE REASONS OUTLINED IN OUR OPINION AND ORDER OF DECEMBER 15, 1998, DOCKET DOCUMENT NO. 7. SEE ALSO DOCKET DOCUMENT NOS. 17, 23, AND 24.

IT IS SO ORDERED.

12/18/2002
DATE

JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE