Hector Escudero Aponte
Reg. No. 04224-069
Federal Correctional Institution
P. O. Box 779800, Unit G
Miami, FL  33177-0200
July 13, 2004


The Hon.
Jose A. Fuste
U.S. District Judge
CH-133 Clemente Ruiz Nazario
 United States Courthouse
150 Carlos Chardon Avenue
Hato Rey, PR  00918-1758

Hon. Judge Fuste:

I am being represented in my legal processes before the federal courts by attorney Josef Law, of the Federal Public Defender's Office in Puerto Rico.

I am very respectfully asking for your authorization for Mr. Josef Law to represent me in my right to appeal the decision of the U.S. Parole Commission.  I appeared before the Commission on April 26, 2004.  The Parole Commission allows me thirty (30) days to submit an appeal, and these thirty days started running on July 6, 2004.

Due to my current financial situation, it is not possible for me to afford private representation.

Thank you very much for your time and consideration.

Respectfully yours,

*Hector Escudero Aponte* (signature)

Hector Escudero Aponte

Encl: Notice of Action, U.S. Parole Commission

cc:  Mr. Josef Law, Federal Public Defender's Office