U.S. Department of Justice                                    Notice of Action
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

---

Name: ESCUDERO-APONTE, Hector            Institution: Miami FCI

Register Number: 04224-069                Date: May 6, 2004

---

In the case of the above-named, the following parole action was ordered:

No change in 15-Year Reconsideration Date July 2016.

**REASONS**:

Retroactivity does not apply. Neither your recalculated severity rating (old Category Eight; new Category Eight) nor your recalculated salient factor risk category (old Category Very Good, old score 10; new Category Very Good, new score 10) is more favorable. This statement means that a finding has been made by the Parole Commission at your hearing that no regulatory or procedural changes have been made by the Parole Commission since your last hearing which would positively affect your case in terms of offense severity or salient factor scoring.

In addition, you have also been scheduled for a statutory interim hearing during September 2005.

The above is an original jurisdiction decision, and is appealable to the Commission under 28 C.F.R. 2.27. You may obtain appeal forms from your caseworker or U.S. Probation Officer and they must be filed with the Commission within thirty days of the date of this Notice.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:    U.S. Probation Office
       District of Puerto Rico
       U.S. Federal Building
       150 Carlos Chardon Avenue
       Room 143
       San Juan, PR 00918-1741

---

ESCUDERO-APONTE 04224-069                -1-                              Clerk: MDD